FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 APR -9 AM 11: 32

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| CORNELIUS POTTER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. CV211-167 |
| | ) | |
| WARDEN ANTHONY HAYNES, | ) | |
| | ) | |
| Respondent. | ) | |

### O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 11), to which objections have been filed (Doc. 13). After a careful de novo review of the record, the Court concludes that Petitioner's objections are without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Petitioner's 28 U.S.C. § 2241 Petition is **DENIED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 9th day of April 2012.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA