IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

CORNELIUS POTTER,  )
                   )
    Petitioner,    )
                   )
v.                 )    CASE NO. CV211-167
                   )
WARDEN ANTHONY HAYNES, )
                   )
    Respondent.    )
                   )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 11), to which objections have been filed (Doc. 13). After a careful de novo review of the record, the Court concludes that Petitioner's objections are without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Petitioner's 28 U.S.C. § 2241 Petition is **DENIED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 9th day of April 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA